In the Matter of the Claim of JOSEPH LAWRENCE against NEW YORK BUTCHERS DRESSED MEAT COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued November 20, 1934; decided December 4, 1934.)

*Frank J. Horan* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* and *George Foster* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.